```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 24904
   MIRIAM ALLISON
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-5315


------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 06/23/2005 and was confirmed 09/26/2005.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

      The case was dismissed after confirmation 04/09/2007.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID           PAID
------------------------------------------------------------------------------
CITIFINANCIAL AUTO         SECURED         10400.00          789.72        2594.17
CITIFINANCIAL AUTO         UNSECURED        1422.64             .00            .00
INTERNAL REVENUE SERVICE   PRIORITY         8568.77             .00            .00
BECKET & LEE LLP           NOTICE ONLY     NOT FILED            .00            .00
ASSET ACCEPTANCE CORP      UNSECURED         986.68             .00            .00
AT & T BANKRUPCTY          NOTICE ONLY     NOT FILED            .00            .00
CAVALRY PORTFOLIO SERVIC   UNSECURED         644.30             .00            .00
CAVALRY PORTFOLIO SERVIC   UNSECURED        1076.53             .00            .00
CAPITAL ONE                UNSECURED        1133.27             .00            .00
CBCS                       UNSECURED       NOT FILED            .00            .00
CERTEGY PAYMENT RECOVERY   UNSECURED       NOT FILED            .00            .00
ERS                        UNSECURED       NOT FILED            .00            .00
GEMB/DISNEY                UNSECURED       NOT FILED            .00            .00
HOUSEHOLD AUTOMOTIVE FIN   UNSECURED       NOT FILED            .00            .00
NCO FINANCIAL SYSTEMS      UNSECURED       NOT FILED            .00            .00
PORTFOLIO RECOVERY ASSOC   UNSECURED         695.17             .00            .00
RISK MANAGEMENT            UNSECURED       NOT FILED            .00            .00
T MOBILE                   UNSECURED         431.74             .00            .00
INTERNAL REVENUE SERVICE   UNSECURED       14504.33             .00            .00
ILLINOIS DEPT OF REVENUE   PRIORITY        NOT FILED            .00            .00
ARROW FINANCIAL SERVICES   UNSECURED         767.35             .00            .00
CITY OF CHICAGO PARKING    UNSECURED         280.00             .00            .00
SUNRISE CREDIT             UNSECURED       NOT FILED            .00            .00
PORTFOLIO RECOVERY ASSOC   UNSECURED        6137.47             .00            .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY     2,155.20                        1,905.20
TOM VAUGHN                 TRUSTEE                                           306.31
DEBTOR REFUND              REFUND                                            207.38


       Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                      RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
```

                 PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 05 B 24904 MIRIAM ALLISON

```
TRUSTEE                                     5,802.78

PRIORITY                                                          .00
SECURED                                                      2,594.17
    INTEREST                                                   789.72
UNSECURED                                                         .00
ADMINISTRATIVE                                               1,905.20
TRUSTEE COMPENSATION                                           306.31
DEBTOR REFUND                                                  207.38
                                        ---------------  ---------------
TOTALS                                      5,802.78         5,802.78
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 10/04/07                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE